UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MARIANNE WASHINGTON**                                                **CIVIL ACTION**

**VERSUS**

**WAL-MART STORES, INC.,**                                             **NO. 08-110-D-M2**
**ET AL**

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have 10 days from the date of service of this Notice to file written objections to the proposed findings of fact and conclusions of law set forth in the Magistrate Judge's Report. The failure of a party to file written objections to the proposed findings, conclusions, and recommendation contained in a Magistrate Judge's Report and Recommendation within 10 days after being served with a copy of the Report shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge that have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in chambers in Baton Rouge, Louisiana, March 13, 2008.

_____
**MAGISTRATE JUDGE CHRISTINE NOLAND**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIANNE WASHINGTON | CIVIL ACTION |
| VERSUS | |
| WAL-MART STORES, INC., ET AL | NO. 08-110-D-M2 |

## MAGISTRATE JUDGE'S REPORT

This matter is before the Court on the Joint Motion and Memorandum for Remand (R. Doc. 4) filed by plaintiff, Marianne Washington, and defendants, Wal-Mart Stores, Inc., Joe Washington, and Debbie Georgetown.  Through this motion, all parties seek to have this case remanded to state court on the ground that the requisite amount in controversy for purposes of diversity jurisdiction does not exist in this case.  Specifically, the parties refer the Court to the plaintiff's recently-filed Stipulation (R. Doc. 4-3), wherein she indicates that the amount in controversy in this matter does not exceed the sum of $74,999.00, exclusive of interest and costs.  The Court has also reviewed the facts and evidence in the record and agrees with the parties that the amount in controversy does not meet the minimum amount required for diversity jurisdiction.  Accordingly, the Court finds that the parties' joint motion to remand should be granted.

## RECOMMENDATION

For the above reasons, it is recommended that the Joint Motion and Memorandum for Remand (R. Doc. 4) filed by plaintiff, Marianne Washington, and defendants, Wal-Mart Stores, Inc., Joe Washington, and Debbie Georgetown, should be **GRANTED** and this

1

matter remanded to the 18th Judicial District Court, Parish of Iberville, State of Louisiana, for further proceedings.

Signed in chambers in Baton Rouge, Louisiana, March 13, 2008.

_____
**MAGISTRATE JUDGE CHRISTINE NOLAND**