UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARIANNE WASHINGTON

VERSUS

WAL-MART STORES, INC., ET AL

CIVIL ACTION

NO. 08-110-JJB-CN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland, dated March 13, 2008 (doc. no. 5) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.   Accordingly, the Joint Motion and Memorandum for Remand (doc. no. 4) filed by plaintiff, Marianne Washington, and defendants, Wal-Mart Stores, Inc., Joe Washington, and Debbie Georgetown, is GRANTED and this matter is REMANDED to the 18th Judicial District Court for the Parish of Iberville, State of Louisiana, for further proceedings.

Baton Rouge, Louisiana, this 15th day of April, 2008.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE